UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANTE BOSTIC,

          Plaintiff,

    v.

T-MOBILE USA, INC., et al.,

          Defendants.

Case No. 26-cv-00742-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: ECF No. 12

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to dismiss this case. ECF No. 12. Judge Beeler concluded that the complaint did not adequately plead federal jurisdiction and granted Plaintiff Shante Bostic 21 days to file an amended complaint. ECF No. 10. Bostic did not do so. Judge Beeler subsequently ordered that the case be reassigned to a district judge and recommended that the case be dismissed. ECF No. 12.

The 14-day period for objections to the report and recommendation elapsed with no objections having been filed. *See* Fed. R. Civ. P. 72(b)(2). However, Bostic filed a "request for extension and new party add on" after the objection period expired. ECF No. 15. The Court has considered that filing, in which Bostic requests an extension of time to submit a case management statement because "the case remains unclear to me, and I have been unable to determine whether the defense is represented by counsel or what logistical steps have occurred." *Id.* at 2. Bostic also states, "I will be adding more parties to this Civil RICO, for now [I'm] adding the law firm King Spalding with overwhelming evidence of their involvement for near future presentation." *Id.*

Bostic's response does not address the deficiencies identified by Judge Beeler: that "there is not complete diversity between the parties, and [Bostic] has not pleaded plausible facts demonstrating federal-question jurisdiction." ECF No. 12 at 1. Bostic's latest filing seeks to add

United States District Court
Northern District of California

a defendant and characterizes this case as a RICO action, but Judge Beeler explained what a complaint must allege to state a RICO claim and why Bostic's complaint failed to do so.  ECF No. 10 at 7–9.  Judge Beeler further explained why Bostic's remaining federal claims were not adequately pleaded.  *Id.* at 9–11.  Bostic's two-page filing does nothing to cure any of these deficiencies.  Accordingly, the Court adopts Judge Beeler's recommendation to dismiss this case for lack of jurisdiction.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  July 1, 2026



_____
JON S. TIGAR
United States District Judge

2