United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTE BOSTIC,<br>Plaintiff,<br>v.<br>T-MOBILE USA, INC., et al.,<br>Defendants. | Case No. 26-cv-00742-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 16 |

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE signed July 1, 2026, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2026

Mark B. Busby
Clerk, United States District Court

By: ________________________
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR